**Opinion issued April 25, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-22-00577-CV

———————————

### IN RE MATTHEW DEWITT, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Matthew DeWitt filed a petition for writ of mandamus, challenging the trial court's July 19, 2022 temporary order.[1]

We deny the petition. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

### PER CURIAM

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.

---

[1] The underlying case is *In the Interest of M.D. and D.D., Children*, cause number 2015-45533, pending in the 311th District Court of Harris County, Texas, the Honorable Germaine Tanner presiding.